UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANA RAMOS, an individual

       Plaintiff,

v.                                          Case No.:  2:19-cv-232-FtM-38UAM

POLLO OPERATIONS, INC. and
FIESTA RESTAURANT GROUP,
INC.,

       Defendants.
                                            /

**<u>ORDER</u>**[1]

Before the Court is the parties' Joint Motion to Stay Proceedings Pending Arbitration and for an Extension of Time for Defendants to File Response to Complaint (Doc. 16).  The parties agree to submit all claims in this suit to arbitration per their arbitration agreement (Doc. 16-1).  Upon consideration of the parties' request and applicable law, the Court will refer this action to arbitration and stay the case.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(1) The parties' Joint Motion to Stay Proceedings Pending Arbitration and for an Extension of Time for Defendants to File Response to Complaint (Doc. 16) is **GRANTED**.

(2) All proceedings in this case are **STAYED** until the parties advise the Court that arbitration has been completed and that the stay should be lifted or the case should be dismissed. The parties must notify the Court of such matters within seven (7) days of arbitration.

(3) The parties are **DIRECTED** to file a joint report on the status of arbitration on or before September 12, 2019, and every ninety (90) days after until arbitration concludes.

(4) The Clerk is **DIRECTED** to add a stay flag to this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 14th day of June, 2019.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record